IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02094-RPM

MICHELIN MASSEY and
JENNIFER MALCLM,

        Plaintiffs,

v.

ESURANCE INSURANCE SERVICES,

        Defendants.
_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the October 29, 2015, scheduling/planning conference before Magistrate Judge Michael J. Watanabe is vacated.

    DATED:   October 9th, 2015

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior Judge